UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARVEN R. CADA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | No. 2:24-cv-06114-ADS<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   November 27, 2024            /s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　　HON. AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-